**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| DONALD GAY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:23-CV-5 (LAG) |
| LLOYD J. AUSTIN, III, SECRETARY, U.S. DEPARTMENT OF DEFENSE, | : |
| Defendant. | : |

## ORDER

Before the Court is the Parties' Joint Motion to Extend Time to File Scheduling Order. (Doc. 20). For the reasons stated below, the Parties' Joint Motion to Extend Time to File Scheduling Order (Doc. 20) is **GRANTED**.

Plaintiff Donald Gay initiated this employment discrimination action against Defendant Lloyd J. Austin on July 20, 2022, in the United States District Court for the Northern District of Georgia. (Doc. 1). On January 4, 2023, the United States District Court for the Northern District of Georgia transferred Plaintiff's case to this Court. (Doc. 9). On January 19, 2023, the Court issued its Rules 16 and 26 Order. (Doc. 12). Therein, the Court ordered the Parties—pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and the Court's Local Rule 26—to confer and submit a proposed scheduling and discovery order to the Court within 30 days of the Court's Order. (*Id.* at 1–2). On February 1, 2023, the Parties filed a Consent Motion to Delay Issuance of the Scheduling Order, requesting that the Court delay issuance of the scheduling and discovery order in this case until after Defendant filed an answer or other responsive pleading. (Doc. 15 at 2). The Court granted the Parties' Motion (Doc. 15) on February 14, 2023. (Doc. 16).

On March 7, 2023, Plaintiff filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15.[1] (Doc. 18). The Parties now request that the Court "delay[] the issuance of the scheduling order" because "Defendant's answer to the Amended Complaint is not due until March 21, 2023." (Doc. 20 ¶ 9). The Parties represent that they "have conferred and consent to delaying the issuance of the scheduling [and discovery] order . . . until 30 days [after] the filing of an [a]nswer or the resolution of any preliminary motion that may be filed in lieu of an [a]nswer." (*Id.* ¶¶ 8–9). For good cause shown, the Parties' Motion (Doc. 20) is **GRANTED**. The Parties shall have until **April 20, 2023**, to submit a proposed scheduling and discovery order.

**SO ORDERED**, this 27th day of March, 2023.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Plaintiff filed a Motion to Dismiss the original Complaint on February 21, 2023. (Doc. 17). "An amended complaint supersedes and replaces the original complaint." *Reynolds v. Behrman Cap. IV L.P.*, 988 F.3d 1314, 1319 (11th Cir. 2021). Accordingly, because the Motion to Dismiss is directed at the original Complaint, Defendant's Motion to Dismiss (Doc. 17) is **DISMISSED as moot**.

2