### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| DONALD GAY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:23-CV-5 (LAG) |
| : | |
| SECRETARY OF DEFENSE LLOYD : | |
| J AUSTIN, III, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

On September 27, 2024, Defendant notified the Court that *Pro Se* Plaintiff Donald Gay had not responded to Defendant's emails or phone calls to schedule the court-ordered 16/26 conference. On December 19, 2024, the Court held a status conference in the above captioned matter, at which Defense counsel was present and Plaintiff did not appear. After summarizing the Defendant's attempts to contact Plaintiff as well as its understanding that Plaintiff also had failed to communicate with his former counsel, Defendant made an oral motion to dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). On December 27, 2024, this Court ordered Plaintiff to show cause in writing within twenty-one days why this case should not be dismissed for failure to prosecute. (Doc. 36). Plaintiff was advised that "[f]ailure to respond to [the] Order will result in a dismissal without prejudice and without further notice." (*Id.* at 2). Plaintiff failed to respond to the Court's Order or otherwise comply. (*See* Docket). Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 25th day of February, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**