IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DONALD GAY, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-5 (LAG) |
| | * |
| SECRETARY OF DEFENSE LLOYD J AUSTIN., III, | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of February, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk